1498

## MOTION DOCKET

**00–745. Littrell v. Wigglesworth.**
Butler App. Nos. CA99–05–092 and CA99–08–141. This cause is pending before the court as an appeal from the Court of Appeals for Butler County. Upon consideration of the motion of *amicus curiae*, Cleveland Academy of Trial Lawyers, to participate in oral argument scheduled for January 30, 2001,

IT IS ORDERED by the court that the motion to participate in oral argument be, and hereby is, granted, and the *amicus curiae* shall share the time allotted to appellants.

**00–801. Littrell v. Wigglesworth.**
Butler App. No. CA99–05–092. This cause is pending before the court on the certification of a conflict by the Court of Appeals for Butler County. Upon consideration of the motion of *amicus curiae*, Cleveland Academy of Trial Lawyers, to participate in oral argument scheduled for January 30, 3001,

IT IS ORDERED by the court that the motion to participate in oral argument be, and hereby is, granted, and the *amicus curiae* shall share the time allotted to appellants.

**00–1721. Larsen v. Wolfe.**
Noble App. No. 281. On September 25, 2000, appellant filed this appeal as a discretionary appeal and a claimed appeal of right. It appearing to the court that this appeal originated in the court of appeals and invokes the appellate jurisdiction of the Supreme Court,

IT IS ORDERED by the court, *sua sponte*, that this appeal shall be designated an appeal of right under S.Ct.Prac.R. II(1)(A)(1) and shall proceed accordingly.

IT IS FURTHER ORDERED by the court that the Clerk shall issue an order for the transmittal of the record from the Court of Appeals for Noble County and the parties shall brief this case in accordance with S.Ct.Prac.R. VI.

**00–2071. State v. Raver.**
Fairfield App. No. 00CA13. This cause is pending before the court as a discretionary appeal and claimed appeal of right. On December 21, 2000, appellant filed a notice of supplemental authority citing a decision of the Cuyahoga County Court of Common Pleas entered on November 8, 2000. S.Ct.Prac.R. III(3)(A) permits only the filing of a relevant authority issued by another court after the deadline for filing a jurisdictional memorandum. Whereas, the authority cited was issued before the November 13, 2000 deadline for filing the jurisdictional memorandum,

IT IS ORDERED by the court, *sua sponte*, that appellant's notice of supplemental authority be, and hereby is, stricken.